J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

JS-6

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Brad DeMage, an individual and
d/b/a Amazon.com Seller ThinkShore
4133 Roanoke Rd.
Kansas City, MO 64111

Defendant, *in pro se*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV13-4074 RGK (AJWx) |
| Plaintiff, | [~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |
| v. | |
| Brad DeMage, an individual and d/b/a Amazon.com Seller ThinkShore, and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Brad DeMage, an individual and d/b/a Amazon.com Seller ThinkShore ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

      a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: September 20, 2013

_____

Hon. R. Gary Klausner
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Warner Bros.
Home Entertainment Inc.

Brad DeMage, an individual and d/b/a
Amazon.com Seller ThinkShore

By: _____
    Brad DeMage
Defendant, *in pro se*

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| REG NO. | TITLE | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 371-966 | Beetlejuice | The Geffen Film Company |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper- | WBEI |

| | | |
|---|---|---|
| | Nowitzki Theorem | |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBEI |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz | WBEI |

| | Deviation | |
|---|---|---|
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBEI |
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |

| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
|---|---|---|
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | WBEI |
| PA 1-829-818 | THE BIG BANG THEORY: The Infestation Hypothesis | WBEI |
| PA 1-829-829 | THE BIG BANG THEORY: The Pulled Groin Extrapolation | WBEI |
| PA 1-830-263 | THE BIG BANG THEORY: The Wiggly Finger | WBEI |

| | | |
|---|---|---|
| | Catalyst | |
| PA 1-829-822 | THE BIG BANG THEORY: The Russian Rocket Reaction | WBEI |
| PA 1-829-840 | THE BIG BANG THEORY: The Rhinitis Revelation | WBEI |
| PA 1-829-821 | THE BIG BANG THEORY: The Good Guy Fluctuation | WBEI |
| PA 1-829-844 | THE BIG BANG THEORY: The Isolation Permutation | WBEI |
| PA 1-829-827 | THE BIG BANG THEORY: The Ornithophobia Diffusion | WBEI |
| PA 1-829-825 | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | WBEI |
| PA 1-829-846 | THE BIG BANG THEORY: The Speckerman Recurrence | WBEI |
| PA 1-829-848 | THE BIG BANG THEORY: The Shiny Trinket Maneuver | WBEI |
| PA 1-829-841 | THE BIG BANG THEORY: The Recombination Hypothesis | WBEI |
| PA 1-829-820 | THE BIG BANG THEORY: The Beta Test Initiation | WBEI |
| PA 1-829-805 | THE BIG BANG THEORY: The Friendship Contraction | WBEI |
| PA 1-829-830 | THE BIG BANG THEORY: The Vacation Solution | WBEI |
| PA 1-829-843 | THE BIG BANG THEORY: The Rothman Disintegration | WBEI |
| PA 1-829-828 | THE BIG BANG THEORY: The Werewolf Transformation | WBEI |
| PA 1-829-849 | THE BIG BANG THEORY: The Weekend Vortex | WBEI |
| PA 1-829-826 | THE BIG BANG THEORY: The Transporter Malfunction | WBEI |
| PA 1-829-803 | THE BIG BANG THEORY: The Hawking Excitation | WBEI |
| PA 1-829-819 | THE BIG BANG THEORY: The Stag Convergence | WBEI |
| PA 1-829-801 | THE BIG BANG THEORY: The Launch Acceleration | WBEI |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. ("HBO") |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | HBO |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | HBO |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | HBO |

| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | HBO |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | HBO |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | HBO |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | HBO |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | HBO |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | HBO |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | HBO |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | HBO |
| PA 1-765-830 | BOARDWALK EMPIRE: 21 | HBO |
| PA 1-765-841 | BOARDWALK EMPIRE: Ourselves Alone | HBO |
| PA 1-765-838 | BOARDWALK EMPIRE: Dangerous Maid | HBO |
| PA 1-769-620 | BOARDWALK EMPIRE:: What Does The Bee Do? | HBO |
| PA 1-769-650 | BOARDWALK EMPIRE: Gimcrack & Bunkum | HBO |
| PA 1-769-789 | BOARDWALK EMPIRE: The Age Of Reason | HBO |
| PA 1-769-786 | BOARDWALK EMPIRE: Peg Of Old | HBO |
| PA 1-774-955 | BOARDWALK EMPIRE: Two Boats And A Lifeguard | HBO |
| PA 1-774-428 | BOARDWALK EMPIRE: Battle Of The Century | HBO |
| PA 1-772-465 | BOARDWALK EMPIRE: Georgia Peaches | HBO |
| PA 1-772-461 | BOARDWALK EMPIRE: Under God's Power She Flourishes | HBO |
| PA 1-776-120 | BOARDWALK EMPIRE: To The Lost | HBO |
| PA 1-194-205 | CARNIVALE: Milfay | HBO |
| PA 1-194-208 | CARNIVALE: After the Ball is Over | HBO |
| PA 1-194-204 | CARNIVALE: Tipton | HBO |
| PA 1-194-210 | CARNIVALE: Black Blizzard | HBO |
| PA 1-202-386 | CARNIVALE: Babylon | HBO |
| PA 1-202-388 | CARNIVALE: Pick a Number | HBO |
| PA 1-202-387 | CARNIVALE: The River | HBO |
| PA 1-207-339 | CARNIVALE: Lonnigan, Texas | HBO |
| PA 1-207-799 | CARNIVALE: Insomnia | HBO |
| PA 1-207-768 | CARNIVALE: Hot and Bothered | HBO |
| PA 1-207-336 | CARNIVALE: Day of the Dead | HBO |
| PA 1-212-594 | CARNIVALE: The Day that was the Day | HBO |
| PA 1-274-806 | CARNIVALE: Los Moscos | HBO |
| PA 1-274-777 | CARNIVALE: Alamogordo, N.M. | HBO |
| PA 1-274-807 | CARNIVALE: Ingram, TX | HBO |
| PA 1-274-778 | CARNIVALE: Old Cherry Blossom Road | HBO |
| PA 1-274-771 | CARNIVALE: Creed, OK | HBO |
| PA 1-265-486 | CARNIVALE: The Road to Damascus | HBO |
| PA 1-265-484 | CARNIVALE: Damascus, NE | HBO |
| PA 1-274-772 | CARNIVALE: Outskirts, Damascus, NE | HBO |
| PA 1-274-774 | CARNIVALE: Lincoln Highway, UT | HBO |
| PA 1-274-773 | CARNIVALE: Cheyenne, WY | HBO |

| PA 1-272-629 | CARNIVALE: Outside New Canaan | HBO |
|---|---|---|
| PA 1-272-615 | CARNIVALE: New Canaan, CA | HBO |
| PA 1-227-680 | DEADWOOD: Deadwood | HBO |
| PA 1-231-791 | DEADWOOD: Deep Water | HBO |
| PA 1-231-792 | DEADWOOD: Reconnoitering The Rim | HBO |
| PA 1-227-640 | DEADWOOD: Here Was A Man | HBO |
| PA 1-227-633 | DEADWOOD: The Trial Of Jack McCall | HBO |
| PA 1-227-641 | DEADWOOD: Plague | HBO |
| PA 1-232-758 | DEADWOOD: Bullock Returns To The Camp | HBO |
| PA 1-232-759 | DEADWOOD: Suffer The Little Children | HBO |
| PA 1-232-744 | DEADWOOD: No Other Sons Or Daughters | HBO |
| PA 1-232-740 | DEADWOOD: Mr. Wu | HBO |
| PA 1-233-007 | DEADWOOD: Jewels Boot Is Made For Walking | HBO |
| PA 1-233-008 | DEADWOOD: Sold Under Sin | HBO |
| PA 1-354-918 | DEADWOOD: A Lie Agreed Upon, Part I | HBO |
| PA 1-354-919 | DEADWOOD: A Lie Agreed Upon, Part II | HBO |
| PA 1-272-613 | DEADWOOD: New Money | HBO |
| PA 1-272-614 | DEADWOOD: Requiem For A Gleet | HBO |
| PA 1-274-760 | DEADWOOD: Complications | HBO |
| PA 1-274-767 | DEADWOOD: Something Very Expensive | HBO |
| PA 1-274-768 | DEADWOOD: E. B. Was Left Out | HBO |
| PA 1-280-307 | DEADWOOD: Childish Things | HBO |
| PA 1-277-128 | DEADWOOD: Amalgamation And Capital | HBO |
| PA 1-275-223 | DEADWOOD: Advances None Miraculous | HBO |
| PA 1-275-224 | DEADWOOD: The Whores Can Come | HBO |
| PA 1-275-225 | DEADWOOD: Boy The Earth Talks-To | HBO |
| PA 1-324-821 | DEADWOOD: Tell Your God To Ready For Blood | HBO |
| PA 1-324-841 | DEADWOOD: I Am Not The Fine Man You Take Me For | HBO |
| PA 1-324-842 | DEADWOOD: True Colors | HBO |
| PA 1-325-040 | DEADWOOD: Full Faith And Credit | HBO |
| PA 1-325-041 | DEADWOOD: A Two Headed Beast | HBO |
| PA 1-325-042 | DEADWOOD: A Rich Find | HBO |
| PA 1-325-043 | DEADWOOD: Unauthorized Cinnamon | HBO |
| PA 1-340-844 | DEADWOOD: Leviathan Smiles | HBO |
| PA 1-340-840 | DEADWOOD: Amateur Night | HBO |
| PA 1-353-510 | DEADWOOD: A Constant Throb | HBO |
| PA 1-353-507 | DEADWOOD: The Catbird Sear | HBO |
| PA 1-261-131 | DEADWOOD: Tell Him Something Pretty | HBO |
| PA 1-805-639 | FRINGE: Neither Here Nor There | WBEI |
| PA 1-838-996 | FRINGE: One Night In October | WBEI |
| PA 1-838-984 | FRINGE: Alone In The World | WBEI |
| PA 1-838-999 | FRINGE: Subject 9 | WBEI |
| PA 1-839-002 | FRINGE: Novation | WBEI |

| | | |
|---|---|---|
| PA 1-838-978 | FRINGE: And Those We've Left Behind | WBEI |
| PA 1-840-592 | FRINGE: Wallflower | WBEI |
| PA 1-840-558 | FRINGE: Back To Where You've Never Been | WBEI |
| PA 1-840-566 | FRINGE: Enemy Of My Enemy | WBEI |
| PA 1-840-564 | FRINGE: Forced Perspective | WBEI |
| PA 1-839-003 | FRINGE: Making Angels | WBEI |
| PA 1-839-006 | FRINGE: Welcome To Westfield | WBEI |
| PA 1-838-969 | FRINGE: A Better Human Being | WBEI |
| PA 1-839-186 | FRINGE: The End Of All Things | WBEI |
| PA 1-838-997 | FRINGE: A Short Story About Love | WBEI |
| PA 1-840-391 | FRINGE: Nothing As It Seems | WBEI |
| PA 1-838-998 | FRINGE: Everything In Its Right Place | WBEI |
| PA 1-838-971 | FRINGE: The consultant | WBEI |
| PA 1-840-561 | FRINGE: Letters Of Transit | WBEI |
| PA 1-840-594 | FRINGE: Worlds Apart | WBEI |
| PA 1-840-569 | FRINGE: Brave New World: Part One | WBEI |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | WBEI |
| PA 1-805-600 | GOSSIP GIRL: Yes, Then Zero | WBEI |
| PA 1-842-654 | GOSSIP GIRL: Beauty And The Feast | WBEI |
| PA 1-842-729 | GOSSIP GIRL: Jewel Of Denial | WBEI |
| PA 1-842-682 | GOSSIP GIRL: Memories Of An Invisible Dan | WBEI |
| PA 1-842-723 | GOSSIP GIRL: The Fasting And The Furious | WBEI |
| PA 1-842-719 | GOSSIP GIRL: I Am Number Nine | WBEI |
| PA 1-842-667 | GOSSIP GIRL: The Big Sleep No More | WBEI |
| PA 1-842-775 | GOSSIP GIRL: All The Pretty Sources | WBEI |
| PA 1-842-653 | GOSSIP GIRL: Rhodes To Perdition | WBEI |
| PA 1-842-652 | GOSSIP GIRL: Riding In Town Cars With Boys | WBEI |
| PA 1-842-777 | GOSSIP GIRL: The End Of The Affair | WBEI |
| PA 1-842-650 | GOSSIP GIRL: Father And The Bride | WBEI |
| PA 1-842-770 | GOSSIP GIRL: G.G. | WBEI |
| PA 1-842-747 | GOSSIP GIRL: The Backup Dan | WBEI |
| PA 1-842-732 | GOSSIP GIRL: Crazy, Cupid, Love | WBEI |
| PA 1-842-660 | GOSSIP GIRL: Cross Rhodes | WBEI |
| PA 1-840-387 | GOSSIP GIRL: The Princess Dowry | WBEI |
| PA 1-840-387 | GOSSIP GIRL: Con-Heir | WBEI |
| PA 1-840-373 | GOSSIP GIRL: It Girl, Interrupted | WBEI |
| PA 1-840-368 | GOSSIP GIRL: Salon Of The Dead | WBEI |
| PA 1-840-378 | GOSSIP GIRL: Despicable B | WBEI |
| PA 1-840-385 | GOSSIP GIRL: Raiders Of The Lost Art | WBEI |
| PA 1-840-367 | GOSSIP GIRL: The Fugitives | WBEI |
| PA 1-805-638 | GOSSIP GIRL: The Return Of The Ring | WBEI |
| PA 1-767-414 | HUNG: Don't Give Up On Detroit Or Hung Like A Horse | HBO |
| PA 1-769-784 | HUNG: Take The Cake Or Are You Packing? | HBO |
| PA 1-769-785 | HUNG: Mister Drecker Or Ease Up On The | HBO |

| | | |
|---|---|---|
| | Whup-Ass | |
| PA 1-769-810 | HUNG: F*** Me, Mr. Drecker Or Let's Not Go To Jail | HBO |
| PA 1-769-798 | HUNG: We're Golden Or Crooks And Big Beaver | HBO |
| PA 1-769-819 | HUNG: Money On The Floor | HBO |
| PA 1-769-787 | HUNG: What's Going Downstairs? Or Don't Eat Prince Eric! | HBO |
| PA 1-769-834 | HUNG: I Sandee Or This Sex. Which Is. Not One. | HBO |
| PA 1-769-832 | HUNG: A Monkey Named Simian Or Frances Is Not A Fan | HBO |
| PA 1-769-816 | HUNG: The Whole Beefalo | HBO |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | HBO; Samax, Inc. ("SI") |
| PA 998-992 | SOPRANOS, THE: Do Not Resuscitate | HBO; SI |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO; SI |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO; SI |

| | | |
|---|---|---|
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO; SI |
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO; SI |
| PA 1-021-955 | SOPRANOS, THE: University | HBO; SI |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO; SI |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO; SI |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO; SI |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO; SI |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO; SI |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO; SI |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO; SI |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO; SI |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO; SI |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; SI |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; SI |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; SI |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; SI |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; SI |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; SI |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; SI |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; SI |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; SI |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; SI |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; SI |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO; SI |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO; SI |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO; SI |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO; SI |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO; SI |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO; SI |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO; SI |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO; SI |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO; SI |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO; SI |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO; SI |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO; SI |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO; SI |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO; SI |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO; SI |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO; SI |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO; SI |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO; SI |

| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO; SI |
|---|---|---|
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO; SI |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO; SI |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO; SI |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO; SI |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO; SI |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO; SI |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO; SI |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO; SI |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO; SI |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO; SI |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO; SI |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO; SI |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO; SI |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO; SI |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO; SI |
| PA 1-805-507 | THE MENTALIST: Scarlet Ribbons | WBEI |
| PA 1-840-095 | THE MENTALIST: Little Red Book | WBEI |
| PA 1-841-401 | THE MENTALIST: Pretty Red Balloon | WBEI |
| PA 1-841-436 | THE MENTALIST: Ring Around The Rosie | WBEI |
| PA 1-840-211 | THE MENTALIST: Blood And Sand | WBEI |
| PA 1-841-437 | THE MENTALIST: Where In The World Is Carmine O'Brien | WBEI |
| PA 1-840-135 | THE MENTALIST: Blinking Red Light | WBEI |
| PA 1-841-440 | THE MENTALIST: Pink Tops | WBEI |
| PA 1-841-442 | THE MENTALIST: The Redshirt | WBEI |
| PA 1-841-439 | THE MENTALIST: Fugue In Red | WBEI |
| PA 1-841-399 | THE MENTALIST: Always Bet On Red | WBEI |
| PA 1-840-096 | THE MENTALIST: My Bloody Valentine | WBEI |
| PA 1-840-100 | THE MENTALIST: Red Is The New Black | WBEI |
| PA 1-840-099 | THE MENTALIST: At First Blush | WBEI |
| PA 1-840-098 | THE MENTALIST: War Of The Roses | WBEI |
| PA 1-840-097 | THE MENTALIST: His Thoughts Were Red Thoughts | WBEI |
| PA 1-840-212 | THE MENTALIST: Cheap Burgundy | WBEI |
| PA 1-840-166 | THE MENTALIST: Ruddy Cheeks | WBEI |
| PA 1-840-168 | THE MENTALIST: Pink Champagne On Ice | WBEI |
| PA 1-840-169 | THE MENTALIST: Something Rotten In Redmund | WBEI |
| PA 1-840-171 | THE MENTALIST: Ruby Slippers | WBEI |
| PA 1-840-144 | THE MENTALIST: So Long, And Thanks For All The Red Snapper | WBEI |
| PA 10840-105 | THE MENTALIST: Red Rover, Red Rover | WBEI |
| PA 1-805-644 | THE MENTALIST: The Crimson Hat | WBEI |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI |

| PA 1-840-715 | THE VAMPIRE DIARIES: The Hybrid | WBEI |
|---|---|---|
| PA 1-840-836 | THE VAMPIRE DIARIES: The End Of The Affair | WBEI |
| PA 1-840-714 | THE VAMPIRE DIARIES: Disturbing Behavior | WBEI |
| PA 1-840-717 | THE VAMPIRE DIARIES: The Reckoning | WBEI |
| PA 1-840-716 | THE VAMPIRE DIARIES: Smells Like Teen Spirit | WBEI |
| PA 1-840-829 | THE VAMPIRE DIARIES: Ghost World | WBEI |
| PA 1-840-721 | THE VAMPIRE DIARIES: Ordinary People | WBEI |
| PA 1-840-703 | THE VAMPIRE DIARIES: Homecoming | WBEI |
| PA 1-840-820 | THE VAMPIRE DIARIES: The New Deal | WBEI |
| PA 1-840-719 | THE VAMPIRE DIARIES: Our Town | WBEI |
| PA 1-840-698 | THE VAMPIRE DIARIES: The Ties That Bind | WBEI |
| PA 1-840-722 | THE VAMPIRE DIARIES: Bringing Out The Dead | WBEI |
| PA 1-840-708 | THE VAMPIRE DIARIES: Dangerous Liaisons | WBEI |
| PA 1-840-706 | THE VAMPIRE DIARIES: All My Children | WBEI |
| PA 1-840-720 | THE VAMPIRE DIARIES: 1912 | WBEI |
| PA 1-843-357 | THE VAMPIRE DIARIES: Break On Through | WBEI |
| PA 1-843-356 | THE VAMPIRE DIARIES: The Murder Of One | WBEI |
| PA 1-843-353 | THE VAMPIRE DIARIES: Heart Of Darkness | WBEI |
| PA 1-843-350 | THE VAMPIRE DIARIES: Do Not Go Gentle | WBEI |
| PA 1-843-352 | THE VAMPIRE DIARIES: Before Sunset | WBEI |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |

| PA 1-188-186 | THE WIRE: Backwash | HBO |
|---|---|---|
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |